**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1630

MICHAEL L. WINTER,

　　　　　　　Plaintiff - Appellant,

　　　v.

ALLEGANY COUNTY BOARD OF EDUCATION; WILLIAM AUMILLER; WAYNE
BELLOFF; JAMES SMITH,

　　　　　　　Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.　William M. Nickerson, Senior District
Judge.　(1:06-cv-03093-WMN)

Submitted:　February 18, 2009　　　　Decided:　March 10, 2009

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robin R. Cockey, COCKEY, BRENNAN & MALONEY, PC, Salisbury,
Maryland, for Appellant.　Thomas J. Althauser, ECCLESTON & WOLF,
PC, Hanover, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael L. Winter appeals the district court's order granting Defendants summary judgment on his employment discrimination claims. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Winter v. Allegany County Bd. of Educ.</u>, No. 1:06-cv-03093-WMN (D. Md. May 6, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>